**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01352-CR

**GLENN LOUIS BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82158-2014**

## ORDER

Before the Court is court reporter Denise Carrillo's January 8, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **February 8, 2019**.

/s/    CORY L. CARLYLE
JUSTICE